# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IPFS CORPORATION, a Missouri Corporation, <br><br> Plaintiff, <br> vs. <br><br> LORRAINE CARRILLO, an individual, <br><br> Defendant. | Case No.: 2:14-cv-00509-GMN-GWF <br><br> **ORDER** |

Pending before the Court is the Motion for Temporary Restraining Order (ECF No. 2) filed by Plaintiff IPFS Corporation ("Plaintiff"). Having reviewed Plaintiff's Motion, the Court finds that Plaintiff has failed to establish that it is entitled to the requested relief.

Rule 65(b) authorizes a court to issue a temporary restraining order without notice. However, a court may grant a motion for temporary restraining order only if that motion includes "specific facts in an affidavit or a verified complaint [that] clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," as well as written certification from the movant's attorney stating "any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b).

Here, although Plaintiff discusses each of the prongs of the *Winter* test articulated by the United States Supreme Court in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008), Plaintiff has failed to provide any basis from which the Court can conclude that the requested relief should be granted without notice to Defendants. In fact, any discussion of the requirements of Rule 65(b) is wholly absent from Plaintiff's motion. Therefore, the Court cannot issue the requested temporary restraining order. *See* Fed. R. Civ. P. 65(b).

1   **IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order
2   (ECF No. 2) is **DENIED**.
3   **DATED** this __7__ day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge