# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IPFS CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>LORRAINE CARRILLO,<br><br>      Defendant. | Case No. 2:14-cv-00509-GMN-GWF<br><br>**ORDER OF RECUSAL** |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a); to-wit: during the settlement conference, matters were discussed that may arise in future pretrial motions.

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 19th day of March, 2015.

_____
GEORGE FOLEY, JR.
U.S. MAGISTRATE JUDGE