**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IPFS CORPORATION, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-00509-GMN-NJK |
| vs. | ) ORDER |
| LORRAINE CARRILLO, | ) (Docket No. 76) |
| Defendant(s). | ) |

Pending before the Court is Plaintiff's renewed motion to reopen discovery. Docket No. 76. The Court hereby **ORDERS** that a response shall be filed no later than July 1, 2015, and any reply shall be filed no later than July 3, 2015.

IT IS SO ORDERED.

DATED: June 19, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge