1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11   IPFS CORPORATION,                    )
                                          )    Case No. 2:14-cv-00509-GMN-NJK
12              Plaintiff(s),             )
                                          )    ORDER
13   vs.                                  )
                                          )    (Docket No. 83)
14   LORRAINE CARRILLO,                   )
                                          )
              Defendant(s).               )
15   _____     )

16          Pending before the Court is Plaintiff's renewed motion to reopen discovery.  Docket No. 76.

17   Defendant filed a response, along with a counter-motion to exclude.  Docket Nos. 81, 82.  Plaintiff filed

18   a reply.  Docket No. 83.  Plaintiff's reply asserts that the time-frame for filing the reply did not allow

19   it sufficient time to address all issues raised in Defendant's response and counter-motion.  *See id.* at 3.[1]

20   The reply brief purports to incorporate by reference the arguments raised in Plaintiff's forthcoming

21   response to the counter-motion.  *See id.*

22          The Court hereby **STRIKES** the reply brief (Docket No. 83).  No later than July 10, 2015,

23   Plaintiff shall file a reply to the motion to reopen discovery and a response to the counter-motion.

24
25
26
27   _____
28          [1] The reply brief was due on July 6, 2015 pursuant to the parties' stipulation.  *See* Docket No. 80.

1    Plaintiff is not permitted to incorporate by reference arguments made elsewhere.  Defendant's reply to

2    her counter-motion shall be filed no later than July 15, 2015.[2]

3         IT IS SO ORDERED.

4         DATED: July 7, 2015

5                                                    _____
                                                     NANCY J. KOPPE
6                                                    United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[2] If either or both parties believe a briefing schedule set by the Court does not provide sufficient time to prepare their briefs, the proper means for seeking relief is to file a request with the Court for an extension.