UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IPFS CORPORATION, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> LORRAINE CARRILLO, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-00509-GMN-NJK <br><br> ORDER |

Pending before the Court is the parties' proposed schedule for damages discovery. Docket No. 99. The Court hereby rules as follows:

1. IPFS will serve its supplemental Rule 26 damages disclosure on or before October 30, 2015. This disclosure may not be subsequently supplemented absent good cause.[1]

2. IPFS will make its corporate representative(s) available for deposition on the issue of damages in Phoenix, Arizona on November 10, 2015.

//
//
//
//

---

[1] In the event Plaintiff fails to comply with this deadline, Defendant may seek appropriate relief with the Court up to and including a request for dismissal as a sanction. The Court herein expresses no opinion as to whether such a sanction will be imposed.

3.    On or before December 11, 2015, the parties shall file a joint motion to supplement the existing Joint Pretrial Order.

IT IS SO ORDERED.

DATED: October 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2